

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

**FILED**

APR 20 2005

U.S. DISTRICT COURT
FLINT, MICHIGAN

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**PHILIP LEIGH JOHNSON,**<br>Defendant.<br>_____/ | NO. **05 - 50025**<br><br>HON. PAUL V. GADOLA |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

[threatening a federal official; 18 U.S.C. § 115(a)(1)(B)]

That on or about February 26, 2005, in the Eastern District of Michigan, PHILIP LEIGH JOHNSON threatened to assault the Postmaster of the Brighton, Michigan post office, an official whose killing would be a crime under Section 1114 of Title 18, United States Code, with intent to intimidate and interfere with such official while engaged in the performance of official duties; all in violation of Section 115(a)(1)(B) of Title 18, United States Code.

## COUNT TWO

[threatening a federal official; 18 U.S.C. § 115(a)(1)(B)]

That on or about March 22, 2005, in the Eastern District of Michigan, PHILIP LEIGH JOHNSON threatened to assault the Postmaster of the Brighton, Michigan post office, an official whose killing would be a crime under Section 1114 of Title 18, United States Code, with intent to intimidate and interfere with such official while engaged in the performance of official duties; all in violation of Section 115(a)(1)(B) of Title 18, United States Code.

**THIS IS A TRUE BILL.**

Dated: 4-20-05

_____
FOREPERSON

STEPHEN J. MURPHY
United States Attorney

_____
ROBERT W. HAVILAND (P25665)
Assistant United States Attorney
600 Church Street
Flint, MI 48502
(810) 766-5031

# Criminal Case Cover Sheet

**United States District Court**
**Eastern District of Michigan**

ORIGINAL

Case Number: **05-50025**

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☐ No | AUSA's Initials: |

**FILED APR 20 2005**
**U.S. DISTRICT COURT**
**FLINT, MICHIGAN**

**Case Title:** USA v. PHILIP LEIGH JOHNSON

**County where offense occurred:** Livingston

**Check One:**   ☒ Felony    ☐ Misdemeanor    ☐ Petty

☒ Indictment ✓ /Information____ **no** prior complaint.
☐ Indictment____/Information____ based upon prior complaint [Case number: _____]
☐ Indictment____/Information____ based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information:

Superseding to Case No: _____   Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**        **Charges**

April 20, 2005
Date

*Robert W. Haviland*
ROBERT W. HAVILAND (P25665)
Assistant United States Attorney

(810) 766-5031
Phone Number

---

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1/99